[No. 69952-1-I.   Division One.   July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMANTHA JEAN PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02829-8, Bill Bowman, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Trickey, JJ.

[No. 70036-7-I.   Division One.   July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEL OMARI FIELDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01355-8, Catherine D. Shaffer, J., entered February 11, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 70045-6-I.   Division One.   July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL OLIVER ADAMS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02730-3, Lori Kay Smith, J., entered March 13, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 70129-1-I.   Division One.   July 28, 2014.]

*In the Matter of the Detention of* KEVIN MAGERA.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-02201-1, Anita L. Farris, J., entered March 7, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Appelwick, JJ.